# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALBERT SNELLINK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GULF RESOURCES, INC., XIAOBIN LIU, MIN LI, and MING YANG,<br><br>Defendants. | No. 2:11-cv-3722 ODW (MRWx)<br><br>[~~Proposed~~] Order Appointing Lead Plaintiffs and Approving Selection of Co-Lead Counsel Pursuant to the Private Securities Litigation Reform Act<br><br>Judge: Hon. Otis D. Wright II |

Pursuant to the Stipulation of the lead plaintiff applicants, Zachary Lewy, Sampson Daruvalla, and William Spiegelberg (collectively the "Lewy Group") and Ioannis Zoumas, it is **HEREBY ORDERED** that the Lewy Group and its members are appointed Lead Plaintiffs pursuant to 15 U.S.C. §78u-4(a)(3)(B)(i).

It is further **HEREBY ORDERED** that the Rosen Law Firm, P.A. and Chapin Fitzgerald Sullivan & Bottini LLP shall be appointed as Co-lead Counsel pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).

It is further **HEREBY ORDERED** that Ioannis Zoumas' motion is withdrawn (Dkt no. 5), the Davis Group's motion is denied (Docket no. 11), and the August 1, 2011 motion hearing is vacated.

It is further **HEREBY ORDERED** Lewy Group shall file an amended complaint within 45 days of the entry of this Order.

IT IS SO ORDERED.

Dated: 7/26, 2011

Otis D. Wright II
United States District Judge