BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
E-mail: fbottini@bottinilaw.com

THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
E-mail: lrosen@rosenlegal.com

*Co-Lead Counsel for Lead Plaintiffs and the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ZACHARY LEWY, SAMPSON DARUVALLA, WILLIAM SPEIGELBERG, and IOANNIS ZOUMAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GULF RESOURCES, INC., XIAOBIN LIU, MIN LI, and MING YANG,<br><br>Defendants. | No. 11-cv-3722-ODW (MRWx)<br><br>CLASS ACTION<br><br>**Consented Motion for Entry of Order Preliminarily Approving Settlement and Establishing Notice Procedures**<br><br>Judge: Hon. Otis D. Wright II<br>Courtroom: 11<br>Hearing Date: June 17, 2013<br>Hearing Time: 1:30 p.m. |

Under Rule 23 of the Federal Rules of Civil Procedure, Lead Plaintiffs Zachary Lewy, Sampson Daruvalla, and William Speigelberg respectfully move for the entry of the accompanying [Proposed] Order Preliminarily Approving Settlement and Providing for Notice:

(1) granting preliminary approval of the proposed settlement provided for in the Stipulation and Agreement of Settlement dated April 30, 2013 (the "Proposed Settlement");[1]

(2) conditionally certifying the Settlement Class under Rule 23(a) and (b)(3);

(3) approving the form and method of providing notice regarding the pendency of this action, the terms of the Proposed Settlement, class members' rights with respect thereto, the proposed release of claims, the proposed Plan of Allocation of the Net Settlement Fund, and the procedures for submitting Proofs of Claim;

(4) setting the date for a final approval hearing to consider:

  (i) whether the Proposed Settlement is fair, reasonable, and adequate and warrants final approval;

  (ii) whether the Plan of Allocation is fair, reasonable, and adequate; and

  (iii) whether to grant (a) the application of Lead Counsel for an award of attorneys' fees, reimbursement of expenses; and (b) an award to Lead Plaintiffs, to be paid from the Settlement Amount; and

(5) granting such further and other relief as the Court deems just and proper.

This motion is based on the accompanying Memorandum of Points and Authorities, the Declaration of Francis A. Bottini, Jr., together with Exhibit and all papers and proceedings in this action.

---

[1] This motion incorporates all definitions and defined terms in the Stipulation and Agreement of Settlement dated April 30, 2013.

Because Defendants consent to the relief sought in this motion, the meet-and-confer requirement under Local Rule 7-3 is inapplicable. For the same reason, this motion is now fully submitted for the Court's consideration.

Dated: May 17, 2013

Respectfully submitted,

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
Yury A. Kolesnikov (SBN 271173)

By:      /s/ Francis A. Bottini, Jr.
              Francis A. Bottini, Jr.

7817 Ivanhoe Avenue, Suite 102
La Jolla, California  92037
Telephone:  (858) 914-2001
Facsimile:   (858) 914-2002

THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, California  90071
Telephone:  (213) 785-2610
Facsimile:   (213) 226-4684

*Co-Lead Counsel for
Lead Plaintiffs and the Class*