BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr., Esq. (SBN 175783)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
E-mail: fbottini@bottinilaw.com

THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
E-mail: lrosen@rosenlegal.com

*Co-Lead Counsel for Lead Plaintiffs and the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ZACHARY LEWY, SAMPSON DARUVALLA, WILLIAM SPEIGELBERG, and IOANNIS ZOUMAS, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>GULF RESOURCES, INC., XIAOBIN LIU, MIN LI, and MING YANG,<br><br>　　　　　　Defendants. | Case No. 11-cv-3722 ODW (MRWx)<br><br>**LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**<br><br>Judge: Hon. Otis D. Wright, II<br>Courtroom: 11<br>Hearing Date: November 4, 2013<br>Hearing Time: 1:30 p.m. |

No. 11-cv-3722 ODW (MRWx)

1

To: All Parties and their Counsel of Record

PLEASE TAKE NOTICE that, pursuant to Court's Preliminary Approval and Notice Order of August 5, 2013, on November 4, 2013 at 1:30 p.m., or as soon thereafter as counsel may be heard, at the U.S. Courthouse, 312 North Spring Street, Los Angeles, CA 90012, before the Honorable Otis D. Wright, II, United States District Judge, Plaintiffs, through their Counsel, will move for final approval of the class action Settlement and the Plan of Allocation of settlement proceeds. Plaintiffs' motion is based on the Memorandum of Law in Support; the Declaration of Laurence M. Rosen in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, and Award of Attorneys' Fees and Reimbursement of Expenses; the Stipulation and Agreement of Settlement dated April 30, 2013; and all other pleadings and matters of record and such additional evidence or argument as may be presented at the hearing. An additional copy of the parties' [Proposed] Final Judgment and Order of Dismissal is filed herewith.

DATED: September 30, 2013           Respectfully submitted,

**THE ROSEN LAW FIRM P.A**.

/s/ Laurence M. Rosen_____
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
lrosen@rosenlegal.com
Lead Counsel for Lead Plaintiff and the Class

No. 11-cv-3722 ODW (MRWx)

2

Lead Plaintiffs' Notice of Motion and Motion in Support of Final Approval of Class Action Settlement and Plan of Allocation

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of the Rosen Law Firm, P.A. I am over the age of eighteen.

On September 30, 2013, I electronically filed the attached **LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on September 30, 2013

/s/ Laurence Rosen
Laurence M. Rosen

No. 11-cv-3722 ODW (MRWx)

3

Lead Plaintiffs' Notice of Motion and Motion in Support of Final Approval of Class Action Settlement and Plan of Allocation