BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:  (858) 914-2001
Facsimile:   (858) 914-2002
E-mail:       fbottini@bottinilaw.com

THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone:  (213) 785-2610
Facsimile:   (213) 226-4684
E-mail:       lrosen@rosenlegal.com

*Co-Lead Counsel for Lead Plaintiffs and the Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ZACHARY LEWY, SAMPSON DARUVALLA, WILLIAM SPEIGELBERG, and IOANNIS ZOUMAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GULF RESOURCES, INC., XIAOBIN LIU, MIN LI, and MING YANG,<br><br>Defendants. | Case No. 11-cv-3722 ODW (MRWx)<br><br>**Lead Plaintiffs' Notice of Motion and Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Payment of Incentive Awards**<br><br>Judge:          Hon. Otis D. Wright II<br>Courtroom:  11<br>Hearing Date:  November 4, 2013<br>Hearing Time:  1:30 p.m. |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, in compliance with the Court's August 5, 2013 Order Preliminarily Approving Settlement and Providing for Notice (Dkt. No. 105), and under Federal Rule of Civil Procedure 23(e) and (h) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(4) and (6), Lead Plaintiffs Zachary Lewy, Sampson Daruvalla, and William Speigelberg will move this Court, before the Honorable Otis D. Wright II, on November 4, 2013, at 1:30 p.m., or as soon thereafter as counsel may be heard, at the United States Courthouse, Courtroom 11, 312 North Spring Street, Los Angeles, California 90012, for an order:

(1) awarding Lead Plaintiffs' Counsel, The Rosen Law Firm, P.A. and Bottini & Bottini, Inc., $637,500 in attorneys' fees;[1]

(2) reimbursing Lead Plaintiffs' Counsel $37,875.18 in litigation expenses;

(3) granting Lead Plaintiffs $6,000 ($2,000 each) in incentive compensation; and

(4) granting such further and other relief as the Court deems just and proper.

This motion is based on the accompanying memorandum of points and authorities, the Declaration of Laurence Rosen in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, and Award of Attorneys' Fees and Reimbursement of Expenses dated September 30, 2013, with exhibits; the Declaration of Francis A. Bottini, Jr. dated September 30, 2013; and

---

[1] All capitalized terms have the same meanings attributed to them in the Stipulation and Agreement of Settlement dated April 30, 2013 (Dkt. No. 100-1).

all other pleadings and matters of record and such additional evidence or argument as may be presented at the hearing.

A [Proposed] Order approving the requested award of attorneys' fees, reimbursement of expenses, and payment of incentive awards is submitted together with this motion.

Because Defendants do not oppose the relief sought in this motion, the meet-and-confer requirement under Local Rule 7-3 is inapplicable.  For the same reason, this motion is now fully submitted for the Court's consideration.

Dated:  September 30, 2013

THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen (SBN 219683)

/s/ Laurence M. Rosen_____
Laurence M. Rosen

355 South Grand Avenue, Suite 2450
Los Angeles, California  90071
Telephone:  (213) 785-2610
Facsimile:   (213) 226-4684
lrosen@rosenlegal.com

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California  92037
Telephone:  (858) 914-2001
Facsimile:   (858) 914-2002
fbottini@bottinilaw.com

*Co-Lead Counsel for Lead Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, declare under penalty of perjury as follows:

1. I am an attorney with the Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, California 90071. I am over the age of eighteen.

2. On September 30, 2013, I electronically filed the foregoing Lead Plaintiffs' Notice of Motion and Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Payment of Incentive Awards with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Executed on September 30, 2013.

/s/ Laurence M. Rosen