**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERT SNELLINK, ZACHARY LEWY, SAMPSON DARUVALLA, and WILLIAM SPIEGELBERG, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>GULF RESOURCES, INC., XIAOBIN LIU, MIN LI, and MING YANG,<br><br>            Defendants. | Case No. 11-cv-3722-ODW (MRWx)<br><br>**ORDER RE FINAL CLASS-ACTION RESPONSE ACCOUNTING AND ATTORNEY BILLING** |

On September 30, 2013, Plaintiffs filed their Motion for Final Approval of Class Action Settlement and Motion for Award of Attorneys' Fees. (ECF Nos. 109, 110.) The Court has begun reviewing these Motions and finds it necessary to request supplemental declarations.

The Court hereby **ORDERS** Plaintiffs to file a supplemental declaration from the Claims Administrator with the final class-action response accounting. In particular, the Court is aware that October 21, 2013 is the deadline for class members to file a claim under the proposed settlement and the Court requests an updated tally of claims filed. Mindful of the November 4, 2013 hearing, the Court orders this supplemental declaration be filed with the Court by October 28, 2013.

The Court also **ORDERS** a supplemental declaration from Plaintiffs' counsel regarding the Motion for Attorneys' Fees.  This declaration should include billing from Plaintiffs' counsel.  The Court previously ordered Plaintiffs' counsel to supply billing in requesting attorneys' fees, but no such billing has been supplied.  (ECF No. 97.)  A recitation of hours worked by attorneys is insufficient.  The Court would like to see billing that indicates how those hours were specifically spent.  The Court also requests a detailed accounting of costs.  The Court orders this supplemental declaration also be filed with the Court by October 28, 2013.

**IT IS SO ORDERED**

October 21, 2013            _____

                        **OTIS D. WRIGHT, II
                        UNITED STATES DISTRICT JUDGE**