**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERT SNELLINK, ZACHARY LEWY, SAMPSON DARUVALLA, and WILLIAM SPIEGELBERG, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>GULF RESOURCES, INC., XIAOBIN LIU, MIN LI, and MING YANG,<br><br>    Defendants. | Case No. 2:11-cv-3722-ODW (MRWx)<br><br>**ORDER RE NOTICE TO PUTATIVE CLASS MEMBERS OF SETTLEMENT** |

Currently pending before the Court are Motions for Final Class Action Settlement Approval and Attorneys' Fees. (ECF No. 109, 110.) After considering the declaration of the Claims Administrator filed on October 28, 2013 (ECF No. 122), the Court hereby **ORDERS** that notice and claims forms be resent to the 1,411 names and addresses supplied by Apex Clearing. The mailing of the notice and claims form shall be completed by November 11, 2013. Putative class members shall have four weeks in which they may file a claim, object to the settlement, or seek exclusion from the class. The deadline for claims forms to be postmarked is December 9, 2013.

/ / /

/ / /

The hearing on the Motions for Final Class Action Settlement Approval and Attorneys' Fees are **CONTINUED** until December 16, 2013 at 2:00 pm.

**IT IS SO ORDERED**

November 4, 2013   _____

**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**