NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY LEWY, SAMPSON DARUVALLA, WILLIAM SPEIGELBERG, and IOANNIS ZOUMAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GULF RESOURCES, INC., XIAOBIN LIU, MIN LI, and MING YANG,<br><br>Defendants. | Case No. 11-cv-3722 ODW (MRWx)<br><br>**ORDER AWARDING LEAD PLAINTIFFS' COUNSEL ATTORNEYS' FEES, REIMBURSING EXPENSES, AND PROVIDING FOR AWARD TO PLAINTIFFS** |

WHEREAS, the Court has granted final approval to the Settlement of the above-referenced class action;

WHEREAS, Lead Plaintiffs' Counsel, The Rosen Law Firm, P.A. and Bottini & Bottini, Inc., appointed by the Court as Class Co-Counsel for the purposes of the Settlement, have petitioned the Court for an award of attorneys' fees in compensation for the services provided to Lead Plaintiffs and the Class, an award to Lead Plaintiffs, and reimbursement of expenses incurred in connection

with the prosecution of this action, to be paid out of the Settlement Fund established pursuant to the Settlement; and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith, and has heard the presentation made by Class Counsel during the final approval hearing, and due consideration having been had thereon,

NOW, THEREFORE, it is hereby ordered:

1. Class Counsel are awarded $531,250 as attorneys' fees in this Action, together with a proportionate share of the interest earned on the fund, at the same rate as earned by the balance of the fund, from the date of the establishment of the fund to the date of payment. This amount represents 25% of the Settlement Fund, which is consistent with the Ninth Circuit benchmark in these cases.

2. The expenses of Class Counsel shall be reimbursed out of the Settlement Fund in the amount of $37,875.18. Except as otherwise provided herein, the attorneys' fees shall be paid and reimbursement of expenses shall be made in the manner and procedure provided for in the Stipulation of Settlement dated April 30, 2013.

3. Lead Plaintiffs shall be awarded a total of $6,000 ($2,000 each) for an incentive fee award and reimbursement for their lost time in connection with their prosecution of this action.

4. In making this award of attorneys' fees and reimbursement of expenses to be paid from the Settlement Fund, the Court has considered and found that:

(a) The Settlement has created a fund of $2,125,000 in cash, plus interest to be earned thereon, and Class members who file timely and valid claims will benefit from the Settlement created by Lead Plaintiffs' Counsel;

(b) Over 25,557 copies of the Notice and Claim Forms were disseminated to putative Class members indicating that at the November 4,

2013 final approval hearing, Lead Plaintiffs' counsel intended to seek a fee of up to 30% of the Settlement Fund in attorneys' fees, reimbursement of their litigation expenses, and an award to Lead Plaintiffs totaling $6,000;

(c) the Summary Notice was published in *GlobeNewswire* and *Investor's Business Daily* as required by the Court;

(d) Co-Lead Plaintiffs' Counsel have conducted this litigation and achieved the Settlement;

(e) the litigation of this Action involved complex factual and legal issues and was actively prosecuted since its filing, and in the absence of the Settlement, the Action would have continued to involve complex factual and legal questions;

(f) if Co-Lead Plaintiffs' Counsel had not achieved the Settlement, there was a risk of either a smaller or no recovery;

(g) Co-Lead Plaintiffs' Counsel have devoted over 1,245.6 hours of professional time to the prosecution of this Action, with a lodestar value exceeding $614,791;

(h) the amount of attorneys' fees awarded and expenses reimbursed from the Settlement Fund are consistent with awards in similar cases; and

(i) as stated on the record, the objections to Lead Plaintiffs' Motion for An Award Of Attorneys' Fees And Reimbursement Of Expenses are overruled.

DATED: January 8, 2014   SO ORDERED:

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE